# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Residential Funding Company, LLC, a<br>Delaware Limited Liability Company,<br><br>      Plaintiff,<br><br> v.<br><br>American Discount Mortgage, Inc., an<br>Arizona Corporation, and<br>Enrico H. Zummo,<br><br>      Defendants. | Civil No. 08-2042 (RHK/RLE )<br><br>**ORDER TO DISMISS** |

Based on the parties' Stipulation for Dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, **IT IS ORDERED** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE**.

Dated: August 22, 2008

            .  s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge